# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
# APPEAL NO. 23-2367

| | | |
|---|---|---|
| COALITION FOR LIFE ST. LOUIS dba COALITION LIFE, | ) ) ) | Appeal from the United States District Court for the Southern District of Illinois |
| Plaintiff-Appellant, | ) ) | |
| v. | ) ) | Dist. Ct. No. 3:23-cv-01651-SPM |
| CITY OF CARBONDALE, ILLINOIS, | ) ) ) | The Hon. Stephen P. McGlynn |
| Defendant-Appellee. | ) | U.S. District Judge |

**JOINT NOTICE OF AGREEMENT BY THE PARTIES, PURSUANT TO FED. R. APP. P. 34(f), TO SUBMIT THIS CASE FOR DECISION ON THE BRIEFS, WITHOUT ORAL ARGUMENT**

Now come the parties herein and give notice to this Honorable Court that, pursuant to Fed. R. App. P. 34(f), they have agreed to submit this Appeal for decision on the Briefs, without Oral Argument.

Respectfully submitted,

/s/Peter Breen
Peter Breen
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, Illinois 60606
(312) 782-1680
pbreen@thomasmoresociety.org
*Counsel for Plaintiff-Appellant*

/s/Joseph A. Bleyer (*by permission*)
Joseph A. Bleyer
BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone: (618)997-1331
Facsimile: (618)997-6559
e-mail: jableyer@bleyerlaw.com
Counsel for Defendant-Appellee

## CERTIFICATE OF SERVICE

    I hereby certify that on October 20, 2023, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all counsel of record are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                        /s/Peter Breen
                                        Peter Breen