## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT
## APPEAL NO. 23-2367

| | | |
|---|---|---|
| COALITION FOR LIFE ST. LOUIS dba COALITION LIFE, | ) ) ) | Appeal from the United States District Court for the Southern District of Illinois |
| Plaintiff-Appellant, | ) ) | |
| v. | ) ) | Dist. Ct. No. 3:23-cv-01651-SPM |
| CITY OF CARBONDALE, ILLINOIS, | ) ) | |
| Defendant-Appellee. | ) ) | The Hon. Stephen P. McGlynn U.S. District Judge |

## JOINT MOTION PURSUANT TO FED. R. APP. P. 34(a) & (f) TO SUBMIT THIS CASE FOR DECISION ON THE BRIEFS WITHOUT ORAL ARGUMENT

Now come the parties herein and move that this Honorable Court decide this Appeal on the briefs, without oral argument, pursuant to Fed. R. App. P. 34(a) & (f), and state in further support as follows:

1.     This Appeal is fully briefed, as of September 20, 2023. *See* Dkt. 14.

2.     The parties submitted a Notice to the Court on October 20, 2023, that they agreed to submit this matter on their briefs, without oral argument, pursuant to Fed. R. App. P. 34(f), "Submission on Briefs," which states that, "The parties may agree to submit a case for decision on the briefs, but the court may direct that the case be argued." *See* Dkt. 16.

3.     On November 28, 2023, the Court entered an Order that, "The court will take no action on this filing. The parties may seek waiver of oral argument in a

motion that complies with Federal Rule of Appellate Procedure 34(a) and Seventh

Circuit General Order 22-005." Dkt. 17. The instant Motion is intended to comply

with this Order of the Court.

4.     In their Appellant's Brief, Plaintiff included a statement explaining

that oral argument is not necessary here, pursuant to Cir. R. 34(f) and Fed. R. App.

P. 34(a), that:

> Oral argument is not necessary in this appeal, because the dispositive
> issues herein were previously decided by the Supreme Court in *Hill v.
> Colorado*, 530 U.S. 703 (2000), and the Seventh Circuit recently
> affirmed in *Price v. Chicago*, 915 F.3d 1107 (7th Cir. 2019) that *Hill*
> remains viable and controlling until repealed by the High Court.

Dkt. 10, at 1.

5.     Defendant agreed with Plaintiff on this point and thus did not contest

Plaintiff's statement in its Appellee's Brief.

6.     The parties respectfully jointly reassert that statement here, which is

in full conformance with the parties' arguments as laid out in their respective

briefs, and urge that oral argument is unnecessary pursuant to Fed. R. App. P.

34(a)(2)(B)("the dispositive issue or issues have been authoritatively decided").

7.     The parties further jointly assert that, "the facts and legal arguments

are adequately presented in the briefs and record, and the decisional process would

not be significantly aided by oral argument." Fed. R. App. P. 34(a)(2)(C). As noted

in the above statement, this Court addressed this issue extensively in 2019 in *Price*

*v. Chicago*, and thus Plaintiff must seek its relief, via the reversal of *Hill*,

ultimately from the U.S. Supreme Court.

8.     Moreover, this matter is before the Court on an appeal of a grant of a

Fed. R. Civ. P. 12(b)(6) motion. The relevant record consists only of Plaintiff's

Complaint, (Dist. Ct. dkt. 1), along with a four-page Motion to Dismiss filed by

Defendant-Appellee, (Dist. Ct. dkt. 14), a six-page Response filed by Plaintiff-

Appellant, (Dist. Ct. dkt. 15), and a two-page Order granting the Motion, (Dist. Ct.

dkt. 16). The Court's decisional process on those 12 pages of record, plus the

Complaint, would not be aided by oral argument.

WHEREFORE, the parties jointly urge and move that this Court decide this

appeal on the briefs, without oral argument, pursuant to Fed. R. App. P. 34(a) & (f).

Respectfully submitted,

/s/Peter Breen
Peter Breen
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, Illinois 60606
(312) 782-1680
pbreen@thomasmoresociety.org
*Counsel for Plaintiff-Appellant*

/s/Jamie Snyder (*by permission*)
Jamie Snyder
City Attorney for City of Carbondale
200 South Illinois Avenue
Carbondale, IL 62901
Telephone:  (618) 457-6679
jsnyder@explorecarbondale.com
*Counsel for Defendant-Appellee*

/s/Joseph A. Bleyer (*by permission*)
Joseph A. Bleyer
BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone: (618)997-1331
Facsimile: (618)997-6559
jableyer@bleyerlaw.com
*Counsel for Defendant-Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all counsel of record are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Peter Breen
Peter Breen