# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 15, 2023

*By the Court:*

| No. 23-2367 | COALITION FOR LIFE ST. LOUIS, doing business as Coalition Life,<br>    Plaintiff - Appellant<br><br>v.<br><br>CITY OF CARBONDALE, ILLINOIS,<br>    Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:23-cv-01651-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn ||

Upon consideration of the **JOINT MOTION PURSUANT TO FED. R. APP. P. 34(a) & (f) TO SUBMIT THIS CASE FOR DECISION ON THE BRIEFS WITHOUT ORAL ARGUMENT**, filed on December 14, 2023, by counsel for the parties,

**IT IS ORDERED** that the motion to waive argument is **GRANTED**. This appeal will be submitted for decision on the briefs and record, pursuant to Federal Rule of Appellate Procedure 34(f).

form name: **c7_Order_BTC**    (form ID: 178)