# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
# APPEAL NO. 23-2367

| | |
|---|---|
| COALITION FOR LIFE ST. LOUIS dba COALITION LIFE, | Appeal from the United States District Court for the Southern District of Illinois |
| Plaintiff-Appellant, | |
| v. | Dist. Ct. No. 3:23-cv-01651-SPM |
| CITY OF CARBONDALE, ILLINOIS, | |
| Defendant-Appellee. | The Hon. Stephen P. McGlynn U.S. District Judge |

**PLAINTIFF-APPELLANT'S NOTICE OF NAME CHANGE**

Plaintiff-Appellant (formerly known as) Coalition for Life St. Louis dba Coalition Life respectfully notices this Court that its legal name has now changed to Coalition Life effective January 1, 2024. Coalition Life respectfully requests that this Court make any necessary changes to reflect the appropriate name for Plaintiff-Appellant in its records and the caption of this Appeal.

Respectfully submitted,

/s/Peter Breen
Peter Breen
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, Illinois 60606
(312) 782-1680
pbreen@thomasmoresociety.org
*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all counsel of record are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/Peter Breen</u>
Peter Breen