# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | Office of the Clerk |
| United States Courthouse | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | |

## FINAL JUDGMENT

March 8, 2024

Before
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 23-2367 | COALITION LIFE, |
| |         Plaintiff - Appellant |
| | |
| | v. |
| | |
| | CITY OF CARBONDALE, ILLINOIS, |
| |         Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:23-cv-01651-SPM | |
| Southern District of Illinois | |
| District Judge Stephen P. McGlynn | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)