# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 18, 2024

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

    Re:  Coalition Life
          v. City of Carbondale, Illinois
          No. 24-57
          (Your No. 23-2367)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on July 16, 2024 and placed on the docket July 18, 2024 as No. 24-57.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Sara Simmons
                      Case Analyst